**UNPUBLISHED**

**UNITED STATES COURT OF APPEALS**

**FOR THE FOURTH CIRCUIT**

UNITED STATES OF AMERICA,
Plaintiff-Appellee,

v.                                                          No. 97-6310

ANTHONY D. HAWKS,
Defendant-Appellant.

Appeal from the United States District Court
for the District of Maryland, at Baltimore.
Frederic N. Smalkin, District Judge.
(CR-94-206-S, CA-97-61-S)

Submitted: May 19, 1998

Decided: November 16, 1998

Before NIEMEYER, HAMILTON, and MICHAEL, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

**COUNSEL**

Anthony D. Hawks, Appellant Pro Se. Jamie M. Bennett, Assistant
United States Attorney, Baltimore, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See
Local Rule 36(c).

_____

**OPINION**

PER CURIAM:

Anthony D. Hawks appeals from the district court's order denying his 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998) motion. Finding no reversible error, we deny a certificate of appealability and dismiss.

Hawks contends on appeal that the district court improperly denied his motion to amend his § 2255 motion. We disagree. Our review of the record discloses that although the court denied this motion, it treated it as a motion under Fed. R. Civ. P. 59 or Fed. R. Civ. P. 60. As such, the court reviewed all claims contained therein and properly found none to survive summary dismissal under Rule 4 of the Rules Governing § 2255 Proceedings. We agree with the district court's conclusion.

Hawks also asserts that his federal trial, following an alleged acquittal of the charges in state court, violated the Double Jeopardy Clause. Hawks did not raise this argument below and therefore may not assert it for the first time on appeal absent plain error or a fundamental miscarriage of justice. See Muth v. United States, 1 F.3d 246, 250 (4th Cir. 1993). Because successive charges of this type are permitted under the dual sovereignty doctrine, Hawks fails to demonstrate either of these prerequisites. See Abbate v. United States, 359 U.S. 187 (1959). Accordingly, we deny a certificate of appealability and dismiss this appeal. We also deny Hawks' motion to proceed in forma pauperis and his motion to amend and supplement his pleadings. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2